ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Maria G. Lopez ,

Plaintiff(s),

v.

La Playita Inc. et al ,

Defendant(s).

Case No. 16 C 5147
Judge Amy J. St. Eve

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Pursuant to the Notice of Acceptance of Offer of Judgment [17], judgment is hereby entered in favor of the plaintiff and against defendant LaPlayita in the amount of $15,000.00, pursuant to Rule 68 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury with Judge John W. Darrah presiding, and the jury has rendered a verdict.
☐ tried by Judge John W. Darrah without a jury and the above decision was reached.
☒ decided by Judge Amy J. St. Eve on a motion.

Date: 1/23/2017                    Thomas G. Bruton, Clerk of Court

                                    Melanie A. Foster, Deputy Clerk